UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRENCE TAYLOR,

    Plaintiff,

v.

Case No. 2:11-cv-512
HON. R. ALLAN EDGAR

JEFF LARSON, et al.,

    Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge on October 16, 2013 (docket #53). The Report and Recommendation addressed Plaintiff's motion for a temporary restraining order and for preliminary injunction and was duly served on the parties (docket #49). In the motion, Plaintiff requested a preliminary injunction and temporary restraining order against defendants for refusing to abide by the policy directives. Plaintiff requested a return of his documents and everything confiscated, no interference with his litigation activities, no harassment or retaliation, an immediate stop to cell searches unless video recorded, additional law library time, and access to legal books.

In the Report and Recommendation, the Magistrate Judge stated:

> A review of the materials of record fails to establish a substantial likelihood of success with respect to plaintiff's claim that the named defendants have violated his federal rights. Moreover, plaintiff has requested relief from alleged harm taken by an officer at the Chippewa Correctional Facility who is not a defendant in this case. Plaintiff has not asserted that defendants did anything improper that would require extraordinary relief. Moreover, plaintiff has asserted claims unrelated to this lawsuit involving an alleged denial of access

> to the courts. Plaintiff seeks relief from this court in the form of orders that could ensure access to the courts in excess of what is likely constitutionally required. The prison is already under a constitutional obligation to provide access to the courts for all prisoners. No further order is required from this court. Furthermore, plaintiff has failed to establish that he will suffer irreparable harm absent injunctive relief.

(*See* Docket #53, p. 3.)

The Court received objections from the Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. Plaintiff's objections merely reiterate the arguments set forth in his underlying complaint and in the motion. For the reasons set forth in the Report and Recommendation, the Court now finds the objections to be without merit.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court and Plaintiff's motion for a temporary restraining order (docket #49) is DENIED.

Dated:      7/29/2014                       */s/ R. Allan Edgar*
                                            R. ALLAN EDGAR
                                            UNITED STATES DISTRICT JUDGE